UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bryan NMN Blocker,<br><br>Petitioner,<br><br>v.<br><br>Eddie Miles,<br>Warden, MCF-Stillwater,<br><br>Respondent. | File No. 18-cv-00542 (ECT/BRT)<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |

The Court has received the September 10, 2018, Report and Recommendation of United States Magistrate Judge Becky R. Thorson. ECF No. 18. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 18] is **ADOPTED**; and

2. The petition for a writ of habeas corpus of petitioner Bryan NMN Blocker [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to fully exhaust state remedies.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 12, 2018

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court Judge